# Third District Court of Appeal

## State of Florida

Opinion filed July 9, 2026.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D26-0132
Lower Tribunal No. F99-1869A
_____

**Derrick W. Tuggerson,**
Appellant,

vs.

**State of Florida,**
Appellee.

An Appeal under Florida Rule of Appellate Procedure 9.141(b)(2) from the Circuit Court for Miami-Dade County, Andrea R. Wolfson, Judge.

Derrick W. Tuggerson, in proper person.

James Uthmeier, Attorney General, and Linda S. Katz, Assistant Attorney General, for appellee.

Before SCALES, C.J., and FERNANDEZ and BOKOR, JJ.

PER CURIAM.

Affirmed. <u>Maye v. State</u>, No. SC23-1184, 2026 WL 1346031, at *3 (Fla. May 14, 2026) (collecting cases and explaining that "it is well established that <u>Apprendi</u> [<u>v. New Jersey</u>, 530 U.S. 466 (2000)] claims are subject to harmless error review under Florida law").